**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
**Gineen Hogans,**

                Plaintiff,                19 **CIVIL** 02737 (SDA)

      -against-                      **JUDGMENT**

**Commissioner of Social Security,**

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated September 11, 2020, judgment on the pleadings is granted in favor of the Plaintiff, and is denied as to the Commissioner, and the case is remanded to the ALJ pursuant to sentence four of 42 U.S.C. § 405(g) for further proceeding consistent with this Court's Opinion.

**Dated:** New York, New York
          September 14, 2020

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                              **Clerk of Court**
                                        **BY:**
                                                              **Deputy Clerk**