```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gineen Hogans,<br><br>                          Plaintiff,<br><br>             -against-<br><br>Commissioner of Social Security,<br><br>                          Defendant. | 1:19-cv-02737 (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, Plaintiff filed a motion for attorney's fees on June 2, 2022 (ECF No. 30); and

WHEREAS, Defendant's opposition was due no later than June 16, 2022, but no such opposition has been filed.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT Defendant shall file a response to Plaintiff's motion for attorney's fees no later than Tuesday, June 21, 2022. Failure to do so will result in the Court granting the motion as unopposed.

**SO ORDERED.**

Dated:     New York, New York
           June 17, 2022

_____
STEWART D. AARON
United States Magistrate Judge